IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY REYNOLDS**                                             **PLAINTIFF**
*ADC #148292*

v.                  **CASE NO. 2:24-CV-00009-BSM**

**PAMELA COOK,** *et al.*                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted. Reynolds's complaint is dismissed without prejudice for failure to state a claim on which relief may be granted. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of February, 2024.

                                                   /s/ Brian S. Miller
                                            UNITED STATES DISTRICT JUDGE