IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY REYNOLDS**                                                                                              **PLAINTIFF**
*ADC #148292*

v.                                        CASE NO. 2:24-CV-00009-BSM

**PAMELA COOK,** *et al.*                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE